# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRY M. WHITWORTH**                                                                **PLAINTIFF**

v.                                          Case No. 4:21-cv-00659 KGB

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**                                                **DEFENDANT**

## ORDER

Before the Court is the plaintiff Terry M. Whitworth's stipulation of dismissal as to defendant Clearwater Paper Corporation only (Dkt. No. 2). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed as to defendant Clearwater Paper Corporation only.

It is so ordered this 26th day of August, 2021.

_____
Kristine G. Baker
United States District Judge