**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRY M. WHITWORTH**                                                         **PLAINTIFF**

**v.**                                            **Case No. 4:21-cv-00659 KGB**

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**                                           **DEFENDANT**

## ORDER

Before the Court is plaintiff Terry M. Whitworth and defendant Reliance Standard Life Insurance Company's joint motion to dismiss with prejudice (Dkt. No. 17).  The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court grants the motion (*Id*).  The action is dismissed with prejudice.

It is so ordered this 3rd day of March, 2022.

Kristine G. Baker
United States District Judge